HLD-002                                                           NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-3102
_____

In re: GEORGE X,
                                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to Civ. No. 1-21-cv-00499)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
November 23, 2021

Before:  CHAGARES[1], Chief Judge, PORTER and FUENTES, Circuit Judges

(Opinion filed: December 21, 2021)
_____

OPINION[*]
_____

PER CURIAM

     In November 2021, pro se petitioner George X filed a mandamus petition

requesting that we direct the United States District Court for the District of Delaware to

order service of process under 28 U.S.C. § 1915(d).  However, after he filed his

_____

[1] Honorable Michael A. Chagares, United States Circuit Judge for the Third Circuit,
assumed Chief Judge status on December 4, 2021.
[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

mandamus petition, the District Court entered an opinion and order dismissing his complaint under § 1915(e)(2)(B). In light of the District Court's action, this mandamus petition no longer presents a live controversy. Therefore, we will dismiss it as moot. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").[2]

---

[2] The petitioner's motion to amend the caption to refer to him as 'George X' is granted, and the Clerk is directed to amend the caption.